UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Rivera-Gallegos
Defendant(s)

CRIMINAL NO. 08MJ753

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Milagros Gallo-Sandoval

RECEIVED
2008 MAR 18 PM 4:21
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DATED: 3/18/08

LEO S. PAPAS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by ____________
Deputy Clerk